ORIGINAL

FILED

10/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0694

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0694

FILED

OCT 13 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

RICHARD D. REINERT, JR.,

    Petitioner and Appellant,

v.

                              O R D E R

STATE OF MONTANA,

    Respondent and Appellee.

On September 8, 2020, we issued an opinion in the above-entitled action, affirming the District Court's dismissal of Reinert's petition for postconviction relief without an evidentiary hearing. *Reinert v. State*, 2020 MT 226N. Reinert has petitioned for rehearing. The State objects.

M. R. App. P. 20(1)(a) provides that a petition for rehearing will be considered only when the Court "overlooked some fact material to the decision," when "it overlooked some question presented by counsel that would have proven decisive to the case," or when "its decision conflicts with a statute or controlling decision not addressed" by the Court. Having fully considered Reinert's petition, we conclude that rehearing is not warranted under the standards of M. R. App. P. 20(1)(a).

Accordingly,

IT IS HEREBY ORDERED that the petition for rehearing is DENIED.

The Clerk of Court is directed to mail copies of this Order to all counsel of record.

DATED this 13th day of October, 2020.

                                          Chief Justice

_____

_____

_____

_____
Justices